Plaintiff's Name **Kalvin Craven**
Prisoner No. **AH8008**
Institutional Address **Pelican Bay State Prison P.O Box 7500 Crescent City, CA 95532**

FILED
Apr 14 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
APR 10 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Kalvin Neil Craven**
*(Enter your full name)*
v.

Case No. **3:23-cv-01822-LB**
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

*(Enter the full name(s) of all defendants in this action)*

## I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement **Pelican Bay State Prison**

B. Is there a grievance procedure in this institution?  ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: **000000191718 in November of 2021 I filed grievance and it still has never be adjudicated which has denied me of an administrative remedy**

2. First formal level: **The first level has never addressed my grievance which has denied me of an administrative remedy**

3. Second formal level: Due to the Fact that the First level never addressed the merits of my grievance it never made it to second level
4. Third formal level: ~~asap~~ The First level Failure to address merits of my grievance has prevented any review which has denied me of adminstrative remedy.

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ YES    ☑ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
The First level refused to make a decision which prevents me from being able to exhaust state remedies.

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
N/A

B. For each defendant, provide full name, official position and place of employment.
Jose Garcia correctional officer at Pelican Bay State Prison

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On January 23, 2020 Correctional officer Jose Garcia sexually assaulted me while I was in handcuffs in the b-yard hobby shop by Fondling and groping my penis. Correctional officer Jose Garcia also Fabricated

a CDCR rules violation report by falsly stating that he found me to be in possession of a weapon. The Del Norte County District Attorney office filed charges against me in July 2020 however in November 2021 the charges was dismissed with prejudice after the prosecution filed a motion to dismiss in the furtherance of justice. In January 2022 the Pelican Bay senior hearing officer found me not guilty of the charge of being in possession of a weapon.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I hereby request that the court order correctional officer Jose Garcia to pay me $100,000 for the physical, mental, and emotional damages that he caused me

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 4/4/23

# PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY
(Fed. R. Civ. Proc. 5; 28 U.S.C. § 1746)

I, __Kalvin Craven__, declare: I am over eighteen (18) years of age and am a party to this action. I am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit __A5__ Cell Number __132__, Crescent City, CA, 95532-7500.

On the __4th__ day of __April 2023__, I served the following document(s): __Complaint by a prisoner under Civil rights act 42 U.S.C § 1983 and prisoner application and declaration to proceed in forma pauperis__

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA, 95532, and addressed as follows:

__United States District Court__
__450 Golden Gate Ave__
__San Francisco CA, 94102__

I declare under penalty of perjury that the foregoing is true and correct.

__Kal— Cra—__          __4/4/23__
Inmate Signature              Date

(Rev. 07/2013 - DK)